*Andrew G. Ten Eyck* v. *John Simpson et al.* J. RHOADES, for appellant; A. BECKER, for respondent. Decided that a notice of appeal served before an appeal has been entered with the clerk of the court is irregular. *Notice of appeal cannot be served before appeal entered.*

**Qualifications of sureties in an appeal bond.** That the affidavit of justification by sureties in an appeal bond should state that they are freeholders in this state, as well as residents therein, or that they are householders; that is housekeepers or masters and heads of families.

**Duty of officer approving of sureties in an appeal bond.** That the rule directing the officer who approves the sureties, to require them to justify, means that he shall not only examine them on oath as to the extent of their pecuniary responsibility but also as to their residence and other qualifications to become sureties according to law and the practice of the court. And that if the rule of the court is not complied with in this respect the proceeding is irregular.

**Vice chancellor who has been counsel, &c in cause cannot approve appeal bond.** That an appeal bond cannot be approved by a vice chancellor who, before his appointment, has acted as solicitor or counsel in the cause.

Appeal dismissed, with costs; but without prejudice to the right to bring a new appeal, within the time allowed by law for appealing.